UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AL GHADEER MEAT MARKET
INC, and NADIA SAAD,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF
AGRICULTURE, FOOD AND
NUTRITION SERVICE.,

        Defendant.

Case No. 2:19-cv-12131

HONORABLE STEPHEN J. MURPHY, III

_____/

**ORDER ADOPTING DISCOVERY MASTER'S REPORT [29] AND
GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER [24]**

The Court referred Defendant's motion for a protective order to Discovery Master Thomas M. Schehr. ECF 26. In the motion, Defendant sought "to prevent disclosure of the names of the confidential sources who conducted undercover transactions at Al Ghadeer." ECF 24, PgID 414. Mr. Schehr recommended that the Court grant the motion because "Defendant has properly asserted the informant's privilege and has established a strong public interest in nondisclosure of the confidential sources." ECF 29, PgID 496–97.

    The parties did not object to the Report. *See* Fed. R. Civ. P. 53(f)(2). The Report is well reasoned and supported by the record and the applicable law. *See* Fed. R. Civ. P. 53(f)(3)–(4). The Court agrees with Mr. Schehr's recommendations and adopts the Report's reasoning to support the Court's rulings.

1

**WHEREFORE**, it is hereby **ORDERED** that the report and recommendation [29] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's motion for a protective order [24] is **GRANTED**.

**SO ORDERED.**

                                        s/ Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: July 15, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2021, by electronic and/or ordinary mail.

                                        s/ David P. Parker
                                        Case Manager